# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Classic Site Solutions, Inc. ) ASBCA Nos. 58374, 58376
) 58571, 58573
Under Contract No. W912DR-11-C-0022 )

APPEARANCES FOR THE APPELLANT: Mark S. Dachille, Esq.
Nicole L. Campbell, Esq.
 Huddles Jones Sorteberg & Dachille, P.C.
 Columbia, MD

Drew W. Colby, Esq.
 Partridge Snow & Hahn, LLP
 Westborough, MA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
 Engineer Chief Trial Attorney
William J. Selinsky, Esq.
Scott C. Seufert, Esq.
Richard P. White, Esq.
 Assistant District Counsel
 U.S. Army Engineer District, Baltimore

## ORDER OF DISMISSAL

The parties have notified the Board that these appeals have settled and request a dismissal with prejudice. Accordingly, subject appeals are dismissed with prejudice.

Dated: 3 February 2015

_____
CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58374, 58376, 58571, 58573, Appeals of Classic Site Solutions, Inc., rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals